**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MCKELVIN DUCKSWORTH (#612656)**                     **CIVIL ACTION**

**VERSUS**                                            **NO. 24-28-BAJ-SDJ**

**WEST BATON ROUGE DETENTION CENTER, ET AL.**

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on May 14, 2025.

_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

**MCKELVIN DUCKSWORTH (#612656)**                          **CIVIL ACTION**

**VERSUS**                                                                        **NO. 24-28-BAJ-SDJ**

**WEST BATON ROUGE DETENTION CENTER, ET AL.**

### <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The *pro se* Plaintiff, a person confined at the Union Parish Detention Center, filed this proceeding pursuant to 42 U.S.C. § 1983 against West Baton Rouge Parish Detention Center, J. Joseph, and Bryan K. Bellelo, complaining that his constitutional rights have been violated due to the use of excessive force.

On June 17, 2024, the Magistrate Judge issued an order for Defendants to be served by the United States Marshal. *See* R. Doc. 10. On the same date, summons were issued for Defendants. *See* R. Doc. 10. On July 1, 2024, the Court's order for service was returned as undeliverable. The Order and the summons were resent to Plaintiff at his new address. *See* R. Doc. 12.

Subsequently, a review of the record revealed that Defendants had not been served. Accordingly, on February 10, 2025, the Court ordered Plaintiff to show cause why his claims should not be dismissed for failure to serve Defendants with the time allowed by Federal Rule of Civil Procedure 4(m). *See* R. Doc. 13.

Plaintiff failed to respond to the Court's show cause order and has not taken any other action to accomplish service. Pursuant to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure, failure to serve a defendant within 90 days of commencement of an action is cause for dismissal of that defendant from the proceeding. Although a *pro se* plaintiff may rely on service

by the U.S. Marshal if requested, he may not remain silent and do nothing to request or effectuate such service. As such, Plaintiff's claims should be dismissed.

### RECOMMENDATION

It is recommended that this action be dismissed, without prejudice, for failure of Plaintiff to serve Defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on May 14, 2025.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**