UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MCKELVIN DUCKSWORTH                                         CIVIL ACTION

VERSUS

WEST BATON ROUGE PARISH                                     NO. 24-00028-BAJ-SDJ
DETENTION CENTER

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 14, the "Report")** recommending that the Court dismiss the above-captioned action without prejudice for Plaintiff's failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m). There are no objections to the Report.

Having carefully considered Plaintiff's Complaint (Doc. 1) and the Magistrate Judge's Report (Doc. 14), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m).

Final judgment shall be issued separately.

Baton Rouge, Louisiana, this 6th day of June, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**